**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 94-40697
_____

LLOYD HENDERSON,

                    Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

                    Defendant-Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Texas

_____

July 9, 1996

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

    This case comes to us on remand from the Supreme Court. *Henderson v. United States*, ___ U.S. ___, 116 S. Ct. 1638, ___ L. Ed. 2d ___ (1996).  In accordance with that opinion, the district court's dismissal of Henderson's complaint for lack of subject-matter jurisdiction is REVERSED, and the case is REMANDED to the district court for further proceedings.

_____

    [*]    Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.